JS-6

Martin Holly (State Bar No. 201421)
  *mdh@manningllp.com*
Karen Liao (State Bar No. 256072)
  *kxl@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant Target Corporation

CC: Order, Docket and Letter of Transmittal mailed to LASC, Case No. BC83212

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALFONSO JARAMILLO,<br><br>           Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION, a Corporation; AND DOES 1 TO 75, INCLUSIVE,<br><br>           Defendant. | Case No. 2:15-cv-05464-RSWL-PJW<br><br>Los Angeles County Superior Court Case No. BC583212<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**<br><br>Action Filed:   May 29, 2015<br>Trial Date:      None |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff ALFONSO JARAMILLO for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.  This matter is hereby remanded to the Los Angeles County Superior Court, Case No. BC583212.

The Clerk shall close this case.

Dated: 9/2/ 2015           s/  RONALD S.W. LEW
                                         HON. RONALD S.W. LEW
                                         SENIOR U.S. DISTRICT JUDGE

1
**ORDER GRANTING REMAND**